**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------X
Ruben Sims, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

    - against -

Crown Waste Corp., Cristopher Antonacci (a/k/a Chris Antenacci),

                              *Defendants.*
-------------------------------------------X

Case No.: 22-cv-06047

**[PROPOSED] CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Christopher Antonacci (together, the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       December 19, 2022

                                            Brenna B. Mahoney, Clerk of Court

                             By:  *Jalitza Poveda*
                                    Deputy Clerk