UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RUBEN SIMS, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                        Plaintiffs,

   v.

CROWN WASTE CORP., and CRISTOPHER
ANTONACCI (a/k/a Chris Antenacci),

                       Defendants.
----------------------------------------------------------------X

JUDGMENT

22-cv-6047 (BMC)

      A Memorandum, Decision and Order of Brian M. Cogan, United States District Judge, having been filed on January 23, 2023, granting plaintiff's motion for default judgment to the extent set forth in the Order; and directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $60,390.37; it is

      ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted to the extent set forth in the Order; and that judgment is hereby entered against defendants, jointly and severally, in the amount of $60,390.37.

Dated: Brooklyn, New York
       January 24, 2023

                                           Brenna B. Mahoney
                                           Clerk of Court

                            By:   */s/Jalitza Poveda*
                                    Deputy Clerk