**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Ruben Sims, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiffs*,

          -*against*-

Crown Waste Corp., and Cristopher Antonacci (a/k/a Chris Antenacci),

                              *Defendants*.
-----------------------------------------------------------X

Case No.: 22-cv-06047-BMC

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Crown Waste Corp., and Cristopher Antonacci (a/k/a Chris Antenacci) (collectively, the "Defendants") (collectively, the "Defendants"), having offered to allow Plaintiff Ruben Sims Ramirez (together, the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Thirty-Six Thousand Dollars and Zero Cents ($36,000.00) ("the Judgment Amount"):

      WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                    By: _____
                                          Jason Mizrahi
                                          60 East 42nd Street, Suite 4700
                                          New York, NY 10165
                                          Tel. No.: (212) 792-0048
                                          Email: Jason@levinepstein.com
                                          *Attorneys for Plaintiff*

Via ECF: All Counsel


Encl.