UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Ruben Sims, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                              Plaintiff,                JUDGMENT

      v.                                      22-cv-06047-BMC

Crown Waste Corp., and Cristopher
Antonacci (a/k/a Chris Antenacci),

                             Defendants.
-------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 3, 2023;

and Defendants Crown Waste Corp., and Cristopher Antonacci (a/k/a Chris Antenacci), having

offered Plaintiff Ruben Sims to allow entry of judgment to be taken against them and in favor of

Plaintiff Ruben Sims in the total sum of Thirty-Six Thousand Dollars and Zero Cents

($36,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Ruben Sims

and against Defendants Crown Waste Corp., and Cristopher Antonacci (a/k/a Chris Antenacci),

in the total sum of Thirty-Six Thousand Dollars and Zero Cents ($36,000.00) inclusive of all

penalties, interest, costs and attorney fees.

Dated: Brooklyn, New York                  Brenna B. Mahoney
       May 5, 2023                     Clerk of Court

                                      By:    */s/Jalitza Poveda*
                                          Deputy Clerk